UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**STATE OF LOUISIANA**                                             CIVIL ACTION

**VERSUS**

**EXPRESS SCRIPTS, ET AL.**                              NO. 25-00073-BAJ-RLB

RULING AND ORDER

Before the Court is **Plaintiff's Motion To Remand (Doc. 27)**, which seeks remand in response to the original Notice of Removal filed by Defendant Express Scripts Holding, Inc. ("Defendant Express Scripts") and Defendant Cigna Group ("Defendant Cigna"). Defendants Express Scripts and Cigna oppose the Motion. (Doc. 54). Plaintiff filed a Reply (Doc. 58). Defendants Express Scripts and Cigna filed a Response. (Doc. 62).

Also before the Court is **Plaintiff's Motion To Remand (Doc. 60)**, which seeks remand in response to a subsequent Notice of Removal filed by Defendant Prime Therapeutics LLP ("Defendant Prime"). Defendant Prime opposes the Motion. (Doc. 64).[1] Plaintiff filed a Reply. (Doc. 73).

The Parties also submitted supplemental authority and arguments. (Doc. 75; Doc. 77).

The Magistrate Judge has issued a **Report and Recommendation (Doc. 79, the "Report")**, recommending that the Court deny both of Plaintiff's

---

[1] (*See* Doc. 74) (under seal).

Motions. The deadline to object to the Report has passed, without any objection from either party.

Having carefully considered the operative Complaint and related filings, the Court **APPROVES** the **Report (Doc. 79)** and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's **Motions (Doc. 27; Doc. 60)** be and are hereby **DISMISSED**.

**IT IS FURTHER ORDERED** that this matter be and is hereby referred back to the Magistrate Judge for further proceedings consistent with this Order.

Baton Rouge, Louisiana, this 4th day of November, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA